# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS W. KESSLER, ) | CASE. NO. 4:09 CV 3073 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING** |
| ) | **EXTENSION OF TIME** |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Plaintiff's Motion for Extension of Time in which to file his Initial Brief. This Motion is unopposed.

IT IS ORDERED:

That the Plaintiff's Motion for Extension of Time in which to file Plaintiff's Initial Brief is granted. Plaintiff shall file his Initial Brief on or before September 23, 2009.

DATED this 25th day of August, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge