# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS W. KESSLER, | CASE. NO. 4:09 CV 3073 |
| Plaintiff, | |
| vs. | **ORDER GRANTING EXTENSION OF TIME** |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

THIS MATTER is before the Court on the defendant's motion for extension of time, Filing No. 21, in which to file his responsive brief from October 23, 2009, until November 23, 2009.

IT IS ORDERED:

That the defendant's motion for extension of time, Filing No. 21, in which to file a responsive brief is granted. Defendant shall file his brief on or before November 23, 2009.

DATED this 22nd day of October, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge