IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS KESSLER, ) | Case. No. 4:09CV03073 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Plaintiff's Motion for Leave to File a Reply Brief. (Filing No. 26).

IT IS ORDERED:

The Plaintiff's Motion for Leave to File a Reply Brief is granted. Plaintiff shall file his reply brief on or before January 25, 2010.

DATED this 4th day of January, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge