# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRIS W. KESSLER, | ) | CASE. NO. 4:09 CV 3073 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF TIME** |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Plaintiff's Second Motion for Extension of Time in which to file his Brief. This Motion is unopposed.

IT IS ORDERED that the Plaintiff's Motion for Extension of Time in which to file Plaintiff's Brief is granted. Plaintiff shall file his Brief on or before February 15, 2010.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge